A. Halliday and R. G. Curren, Cleveland, for pltf; Gauglin & Collins, Cleveland, for deft.

19730—Builders Supply & Fuel Co. v. Milton A. Voncoie; motion for Cuyahoga Appeals to certify. J. B. Keenan, Cleveland, for pltf; Bernstein & Bernstein, Cleveland, for deft.

19731—Mathew F. McKenzie v. Industrial Commission of Ohio; motion for Franklin Appeals to certify. D. A. Peiros, Columbus, for pltf; J. R. King and R. E. Hughes, Columbus, for deft.

19732—State of Ohio v. Herbert I. Channer; motion for leave to file petition in error to the Hamilton Appeals. C. S. Bell, L. Schneider and N. Schwab, Cincinnati, for pltf.

# PROCEEDINGS OF SUPREME COURT

## GENERAL DOCKET

Ashville Bd. of Ed. v. Briggs .......... 19578
Butler et v. Findlay et (City)........ 19219
Carelli, In Re ...................... 19643
Harrison Bd. of Ed. v. Briggs ........ 19579
Ohio River & West. Ry. Co. v. Pub. Util.
　Com. ........................... 18716
Rosenstihl et v. Cherry .............. 19324
State ex Barney v. Brown ............. 19123
State v. Boyatt ..................... 19472
State ex Dempsey v. Zangerle ........ 19612
State ex v. Althoff ················ 19644
St. Marys Gas. Co. v. Brodbeck........ 19253

## MOTION DOCKET

Carelli, Ex Parte ................... 19643
Carniola Realty Co. v. Kausek et ...... 19548
Cesa v. Cain ....................... 19628
Early v. Co-Operative Milk Co....... 19553
Euclid-Windsor Co. v. Ford-McCaslin Co. 19617
Eversman v. Shipman Co. .......... 19554
Gross v. Ohio Sav. & Tr. Co........ 19495
Hale v. Kennedy .................... 19575
Home Bk. & Tr. Co. v. Perrysburg
　(Vill.) ........................... 19627
Oskamp v. Oskamp .................. 19622
State v. Parrott .................... 19636
State v. Peskind et ................. 19652

## PROCEEDINGS
## OHIO SUPREME COURT
## TUESDAY, MARCH 30, 1926
## GENERAL DOCKET

18716—Ohio River & Western Ry. Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Dismissed upon moton of plaintiff in error without prejudice at the costs of plaintiff in error. Dock. 7-18-24; 2 Abs. 468.

19123—State of Ohio, ex rel. Hiram H. Barney, v. Thad. H.' Brown, Secy. of State. In Mandamus. Writ denied. Marshall, CJ., Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-8-25; 3 Abs. 313; OS. 1 Abs. 230.

19219—H. W. Butler et al. v. City of Findlay et al; error to the Hancock Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 6-19-25; 3 Abs. 401; OS. Pend. 3 Abs. 74.

19253—St. Marys Gas Co. v. L. C. Brodbeck, Admr.; error to the Auglaize Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-11-25; 3 Abs. 435; OS. Pend. 3 Abs. 485.

19324—Rose Rosenstihl et al. v. F. B. Cherry; error to the Hancock Appeals. Judgment reversed. Marshall, CJ., Matthias, Day, and Allen, JJ., concur. Dock. 8-14-25; 3 Abs. 530; OS. Pend. 3 Abs. 581.

19408—Sandusky Gas & Electric Co. v. State of Ohio; error to the Franklin Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 11-7-25; 3 Abs. 706.

19472—In the Matter of the Exceptions of the Pros. Atty. of Lucas County in the case of State of Ohio v. Lynn C. Boyatt; exceptions to the Common pleas court of Lucas county. Exceptions sustained. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-11-25; 3 Abs. 762; OS. Pend. 4 Abs. 62.

19578—Board of Education of Ashville Village School Dist., Pickaway County v. Bryce Briggs, Auditor. In Mandamus. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 1-18-26; 4 Abs. 72; OS. Pend. 4 Abs. 133.

19579—Board of Education of Harrison Township Rural School Dist., Pickaway county v. Bryce Briggs, Auditor. In Mandamus. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 1-18-26; 4 Abs. 74.

19612—State of Ohio ex rel. John P. Dempsey, Chief Justice of the Municipal Court of Cleveland, v. John A. Zangerle, Auditor. In Mandamus. Writ allowed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-3-26; 4 Abs. 112; OA. 4 Abs. 172.

19643—In re Albert Carelli. On motion to dismiss on ground no constitutional question involved. Motion sustained. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-25-26; 4 Abs. 160.

19644—State of Ohio ex rel. Retirement Board of the State Teachers Retirement System, v. W. H. Althoff et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Costs paid. Dock. 2-26-26; 4 Abs. 160.

## MOTION DOCKET

19495—Frank R. Gross v. Ohio Savings & Trust Co. Motion for Athens Appeals to certify. Allowed. Dock. 12-17-25; 4 Abs. 24; OS. Pend. 4 Abs. 196.

19548—Carniola Realty Co. v. Anton Kausek et al. Motion for Cuyahoga Appeals to certified. Overruled. Dock. 1-9-26; 4 Abs. 40; OS. Pend. 4 Abs. 117.

19553—Earnest R. Early v. Co-operative Pure Milk Co. et a. Motion for Butler Appeals to certify. Allowed. Dock. 1-9-26; 4 Abs. 40; OS. Pend. 4 Abs. 95.

19554—George Eversman v. Ray Shipman Co. et al. Motion for Butler Appeals to certify. Allowed. Dock. 1-9-26; 4 Abs. 40; OS. Pend. 4 Abs. 116; OA. 4 Abs. 188.

19575—George W. Hale v. Mrs. Willmot Kennedy. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 1-16-26; 4 Abs. 56; OS. Pend. 4 Abs. 143.

19617—Euclid-Windsor Co. v. Ford-McCaslin Co. Motion for Cuyahoga Appeals to certify. Dock. 2-8-26; 4 Abs. 112.

William S. P. Oskamp v. Louise G. Oskamp. Motion for Hamilton Appeals to certify. Overruled. Dock. 2-11-26; 4 Abs. 128; Cin. Sup. 3 Abs. 301.